**JUDGE DAVID BRIONES**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **MARIA ORNELAS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. _____ |
| | § | |
| **EL PASO COUNTY,** | § | [formerly 448th Judicial District Court |
| | § | — Case No. 2018DCV0752] |
| Defendant. | § | |

**EP18CV0105**

NOTICE OF REMOVAL

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

COMES NOW Defendant, EL PASO COUNTY (the "County"), pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 and with a full reservation of rights, files this Notice of Removal. As grounds for its removal Defendant states the following:

1. The suit being removed is a civil action pending in the 448th Judicial District Court of El Paso County, Texas, styled *Maria Ornelas, Plaintiff v. El Paso County, Defendant*, Cause No. 2018DCV0752 (the "State Court Action"). Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, orders, and documents from the State Court Action which have been served upon Defendant are being filed with this Notice of Removal and are attached as Exhibits A and B. A copy of the docketing sheet from the State Court Action is also being filed and is attached as Exhibit C.

2. The State Court Action was commenced on February 23, 2018.

3. El Paso County was served with citation and Plaintiff's State Court Action on March 7, 2018.

4. Removal is proper because Plaintiff's suit involves a federal question. 28 U.S.C. §§

1331 and 1441(a). Specifically, Plaintiff's State Court Action asserts causes of action for Sex Discrimination, Sexual Harassment under Title VII, Retaliation under Title VII, and Retaliation in violation of the Fair Labor Standards Act, 29 USC § 201 et seq.

5. Plaintiff's Sex Discrimination, Sexual Harassment, and Retaliation claims arise under 42 U.S.C.S. § 2000e et seq. (LexisNexis), therefore, removal of this entire cause of action is appropriate under 28 U.S.C. §§ 1331 and 1441.

6. Plaintiff's retaliation claim under the Fair Labor Standards Act arises under 29 U.S.C.S. § 215 (LexisNexis), therefore, removal of this entire cause of action is appropriate under 28 U.S.C. §§ 1331 and 1441.

7. This Notice of Removal has been filed within 30 days of the date that Defendant was served a copy of the State Court Action. Removal is therefore timely in accordance with 28 U.S.C. § 1446.

8. The undersigned Defendant is the only named defendant in the state court action referenced above in paragraph one of this notice.

9. The United States District Court for the Western District of Texas, El Paso Division, is the proper place to file this Notice of Removal because it is the federal judicial district embracing the place where the State Court Action was originally filed and is pending. 28 U.S.C. §§ 1441(a).

10. Defendant will file a copy of this Notice of Removal with the Clerk of the 448th Judicial District Court, El Paso County, Texas. In accordance with 28 U.S.C. § 1446(d), Defendants will provide written notice to Plaintiff by contemporaneously serving this Notice of Removal on Plaintiff.

11. Plaintiff has not added additional Defendants.

12.     Plaintiff did demand a jury in the state-court suit.

For the foregoing reasons, Defendant removes this civil action to the United States District Court for the Western District of Texas, El Paso Division, and asks this Court to assume jurisdiction of this civil action, and enter such other and further orders as may be necessary to accomplish the requested removal and promote the ends of justice.

                                  Respectfully submitted,

                                  **JO ANNE BERNAL**
                                  El Paso County Attorney
                                  500 East San Antonio, Room 503
                                  El Paso, Texas  79901
                                  Bus:  (915) 546-2050
                                  Fax:  (915) 546-2133
                                  Email: ssaenz@epcounty.com

BY:     */s/ Selina Saenz*
                                  **SELINA SAENZ**
                                  Assistant County Attorney
                                  Texas Bar No. 24060178
                                  Attorney for El Paso County

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was submitted via facsimile (915) 313-0001 and electronic mail edarnell@darnell-lawfirm.com to Eric B. Darnell, Attorney for Plaintiff, P.O. Box 121, El Paso, Texas 79941-0121, on this 29th day of March, 2018.

                                  */s/ Selina Saenz*
                                  **SELINA SAENZ**