IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| MARIA ORNELAS,<br>Plaintiff,<br><br>v.<br><br>EL PASO COUNTY,<br>Defendant. | §<br>§<br>§<br>§   EP-18-CV-105-DB<br>§<br>§<br>§ |

## FINAL JUDGMENT

On this day, the Court issued an order dismissing all claims in the above-captioned case. The Court now enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE.**

SIGNED this **19th** day of **July 2019.**

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE